152 A.3d 763

**THOMAS, Ukeenan Nautica**

v.

**STATE of Maryland**

**Pet. Docket No. 539, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Pending in the Court of Special Appeals (No. 2349, Sept. Term, 2015)

Petition for writ of certiorari and conditional cross-petition both denied

■

152 A.3d 763

**TURNER, Lamont, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 478, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 2464, Sept. Term, 2015)

Petition for writ of certiorari denied